Michael D. Black (9132)
Parr Brown Gee & Loveless
185 South State Street, Suite 800
Salt Lake City, UT  84111
Telephone: (801)532-7840
Facsimile: (801)532-7750
mblack@parrbrown.com

Attorneys for Defendants

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| JEAN MCBRIDE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br>Case No:2:10-cv-960<br><br>Judge Tena Campbell |

    Michael D. Black of the law firm of Parr Brown Gee & Loveless, P.C. hereby enters his

appearance in the above-captioned action as counsel for Bank of America N.A. and BAC Home

Loans Servicing, LP[1], and requests inclusion on all certificates of service pertaining to

documents filed herein on or after the date hereof.

---

1 Although Plaintiff simply named "Bank of America" it appears likely that she intended to name Bank of America, N.A., and not another Bank of America entity.  Bank of America, N.A. therefore assumes that it is the named party and is proceeding on that basis.  Also, Bank of America, N.A. is not the same entity as BAC Home Loans Servicing, LP, and therefore assumes that Plaintiff intended to name it as an additional party and not as an "aka" and is proceeding on that assumption.

351259_1.DOC

RESPECTFULLY SUBMITTED this 1st day of October, 2010.

                            PARR BROWN GEE & LOVELESS

                            By  /s/Michael D. Black
                            Michael D. Black
                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2010, I electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

    N/A

And I also sent a copy of the foregoing via first class U.S. mail, postage prepaid, to:

    Jean McBride
    4138 Captains Street
    Saratoga Springs, UT  84045

    /s/ Michael D. Black