1  Jean McBride
2  4138 Captains Street
3  Saratoga Springs, Utah 84045

FILED
U.S. DISTRICT COURT
2010 NOV 18 P 2: 15
DISTRICT OF UTAH
BY:
DEPUTY CLERK

5  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
6  CENTRAL DIVISION

| Jean McBride | Case # 2:10-cv-00960-TC |
| Plaintiff, | Judge Tena Campbell |
| vs. | |
| BANK OF AMERICA aka BAC HOME LOANS SERVICING, LP | MOTION FOR EXTENSION OF TIME TO ANSWER |
| Defendant | |

Date: November 18, 2010

9  Plaintiff requests a motion for extension of time to answer Defendants MOTION TO DISMISS.

10 Plaintiff has found it difficult to properly address the issues at hand. Plaintiff, not being practiced

11 in the courts, does not have the same access to the materials necessary to frame proper pleadings

12 as the Defendant does. The Plaintiff is requesting 21 more days to prepare a responsive pleading

13 to Defendants motion to dismiss.

15 Respectfully,

17 Jean McBride

RESPONSE TO RULE 12 MOTION   &   MOTIONS FOR SANCTIONS         1 of 2

25

## CERTIFICATE OF SERVICE

27 I, Jean McBride, do swear and affirm that I have served a signed copy of this motion for
28 extension of time to any and all defendants by way of U.S.P.S. Certified mail # and return receipt
29 to: Michael D. Black (9132) PARR BROWN GEE & LOVELESS
30 185 S. State St., SLC, UT 84111

31 #7010 1060 0000 8319 2529

32
33 *Jean McBride 11/18/10*
34 Jean McBride
35 4138 Captains St.
36 Saratoga Springs, UT 84045
37
38
39 The Person above, who proved to me on the basis of satisfactory evidence to be the person

40 whose name is subscribed to this document and acknowledged to me that he/she executed the

41 same in his authorized capacity and that by his signature on this instrument who is the person

42 who executed this instrument.

43 I certify under PENALTY OF PERJURY under the laws of this State that the foregoing

44 paragraph is true and correct.

45

46 Witness my hand and official seal.

J. RYAN ROMERO
Notary Public
State of Utah
Commission Number 580504
My Commission Expires June 24, 2013

47
48 _____ 11/18/10

49 **NOTARY PUBLIC IN AND FOR**      Notary Seal
50 **THE STATE OF UTAH**
51