FILED
U.S. DISTRICT COURT

2012 JAN 23　A 9: 58

DISTRICT OF UTAH

BY: _____
　　　DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JEAN MCBRIDE,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>BANK OF AMERICA,<br><br>Defendant. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br><br>Case No. 2:10-CV-960<br>Judge Dee Benson |

　　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brook C. Wells on January 4, 2012, recommending that this Court: (1) grant Defendant's Motion for Summary Judgment; (2) deny or deem as moot Plaintiff's Motion for Preliminary Injunction; and (3) the Clerk of Court enter judgment against Plaintiff and close this case.

　　　　The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On January 18, 2012, Plaintiff McBride filed "Plaintiff's Objection to Report and Recommendations" (Dkt. No. 50).

　　　　Having reviewed all relevant materials, including Plaintiff's *pro se* objection, the record

1

that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the Court agrees with the analysis and conclusion of the magistrate judge. Accordingly, the Court ADOPTS the Report and Recommendation and issues the following Order. The Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Preliminary Injunction is DENIED or DEEMED MOOT. The Clerk of the Court shall enter judgment against Plaintiff and close this case.

DATED this 21th day of January, 2012.

*Dee Benson*
Dee Benson
United States District Judge